UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM T. JANDA, | ) | CASE NO. 1:12CV1250 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | **ORDER OF REMAND** |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | |
| | ) | |
| DEFENDANT. | ) | |

Before the Court is the report and recommendation ("R&R") of the Magistrate Judge in the above-entitled action. (Doc. No. 18.) The R&R concludes that the final decision of the Commissioner to deny plaintiff's applications for disability insurance benefits and for supplemental security income benefits is not supported by substantial evidence. The R&R recommends that the Commissioner's decision be vacated and the case remanded for further proceedings.

On June 21, 2013, the Commissioner filed a response to the R&R indicating that there is no objection to the recommendation to vacate and remand. (Doc. No. 19.)

Having reviewed the Magistrate Judge's R&R, and noting that no party has filed objections, the Court accepts the R&R. The final decision of the Commissioner, dated August 13, 2011, is **REVERSED**[1] and **VACATED**, and this matter is **REMANDED** for further proceedings consistent with the R&R.

        **IT IS SO ORDERED**.

Dated: June 24, 2013

                                          **HONORABLE SARA LIOI**
                                          **UNITED STATES DISTRICT JUDGE**

---

[1] Pursuant to sentence four of 42 U.S.C. § 405(g), "[t]he court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing."